UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>f/u/b/o JOE'S PAINTING &<br>DRYWALL, INC. | * | Case No. JFM 00CV 591 |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of St. Paul Fire and Marine Insurance Company's Motion to Amend Scheduling Order (the "Motion") and any response thereto, it is this 23rd day of Oct., 2000, by the United States District Court for the District of Maryland,

ORDERED that the Motion is hereby GRANTED; and it is

FURTHER ORDERED that the Amended Scheduling Order governing this case is as follows:

| | |
|---|---|
| Submission of Status Report/<br>Discovery Deadline | 12/31/00 |
| Requests for Admissions Due | 01/08/01 |
| Dispositive Pre-trial Motions Due | 1/31/01 |

J. Frederick Motz, Judge
United States District Court

c.c.   Robert F. Carney, Esquire
       Cynthia E. Rodgers-Waire, Esquire
       Whiteford, Taylor & Preston, LLP
       7 St. Paul Street
       Baltimore, Maryland  21202

       Stephen A. Leas, Esquire
       Belli, Weil & Grozbean
       11300 Rockville Pike, Suite 1009
       Rockville, Maryland  20852

1308025