

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>f/u/b/o JOE'S PAINTING &<br>DRYWALL, INC. | *<br>*  | Case No. JFM 00CV 591 |
| Plaintiff | * | |
| v. | * | |
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY | *<br>* | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of St. Paul Fire and Marine Insurance Company's Motion for Extension of Time to Respond to Motion for Summary Judgment, it is this _13th_ day of _July_, 2001, by the United States District Court for the District of Maryland

ORDERED that St. Paul Fire and Marine Insurance Company's Motion for Extension of Time to Respond to Motion for Summary Judgment is hereby GRANTED and St. Paul shall have until February 14, 2001 to file a response to the Motion for Summary Judgment.

J. Frederick Motz, Judge
United States District Court



c.c.  Robert F. Carney, Esquire
      Cynthia E. Rodgers-Waire, Esquire
      Whiteford, Taylor & Preston, LLP
      7 St. Paul Street
      Baltimore, Maryland  21202

      Stephen A. Leas, Esquire
      Belli, Weil & Grozbean
      11300 Rockville Pike, Suite 1009
      Rockville, Maryland  20852

*1330905*