UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 24, 2001

Memo To Counsel Re: Joe's Painting & Drywall, Inc. v. St. Paul Fire and
Marine Insurance Company
Civil No. JFM-00-591

Dear Counsel:

I have reviewed the papers submitted in connection with plaintiff's motion for summary judgment. It is evident that genuine disputes of material fact exist. Accordingly, plaintiff's motion is denied.

A scheduling conference will be held at 9:00 a.m. on May 14, 2001. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File