IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOE'S PAINTING & DRYWALL, INC. | * |
| | * |
| v. | *  Civil No. JFM-00-591 |
| | * |
| ST. PAUL FIRE AND MARINE | * |
| INSURANCE COMPANY | * |
| | ***** |

ORDER

As stated in the accompanying memorandum to counsel, it is, this 24th day of April 2001

ORDERED that plaintiff's motion for summary judgment is denied.

```
                                          /s/
                                 _____
                                 J. Frederick Motz
                                 United States District Judge
```

____FILED    ____ENTERED
____LODGED   ____RECEIVED

APR 2 4 2001

AT ...
CLERK U.S. DI...
DISTRICT OF MARYLAND
BY _____ DEPUTY

