# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

May 16, 2001

Memo To Counsel Re: Joe's Painting & Drywall, Inc. v. St. Paul Fire
and Marine Insurance Company, et al.
Civil No. JFM-00-591

Dear Counsel:

This will confirm the schedule set during the conference held on May 14, 2001.

| | |
|---|---|
| July 13, 2001 | Deadline for submitting pretrial order |
| July 16, 2001 4:30 p.m. | Pretrial conference (by telephone - please call chambers if you wish to participate by telephone) |
| Two week period beginning July 30, 2001 (preferably week of July 30th) | Trial (non-jury; 2 days) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File