UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>f/u/b/o JOE'S PAINTING &<br>DRYWALL, INC. | * | Case No. JFM 00CV 591 |
| | * | |
| Plaintiff | * | |
| v. | * | |
| ST. PAUL FIRE AND MARINE<br>INSURANCE COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereto stipulate that the Complaint herein be and the same is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

_____          _____
Stephen A. Leas, Esquire                 Cynthia E. Rodgers-Waire
Belli, Weil & Grozbean                   Whiteford, Taylor & Preston, LLP
11300 Rockville Pike, Suite 1009         7 St. Paul Street
Rockville, Maryland 20852                Baltimore, Maryland 21202
301-881-7600                             410-347-8723
Attorney for Joe's Painting & Drywall, Inc.   Attorney for the St. Paul Fire & Marine
                                              Insurance Company

APPROVED:

_____          _____
J. Frederick Motz, Judge                 Date

1361952